UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CURTIS WILLIAMS,

                    Movant,

      -against-

THE UNITED STATES,

                    Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/20

19-CV-11402 (KMW)
16-CR-00256 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On January 8, 2020, this Court appointed Ezra Spilke to assist defendant Curtis Williams in preparing an amended petition under 28 U.S.C. § 2255. (ECF No. 7.) This Court ordered Mr. Spilke to submit an amended petition by March 9, 2020. (ECF No. 4.)

Mr. Spilke is hereby ordered to inform the Court in writing, on or before March 18, 2020, whether he intends to file an amended petition in this matter.

SO ORDERED.

Dated: New York, New York
       March 11, 2020

                                                  _____
                                                    KIMBA M. WOOD
                                                United States District Judge