UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CURTIS WILLIAMS,

                    Movant,

-against-

THE UNITED STATES OF AMERICA,

                    Respondent.

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 24, 2020

19-CV-11402 (KMW)

16-CR-0256 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court thanks Mr. Spilke for this timely and thorough response to its Order of March 19, 2020.

      The United States Attorney's Office shall file an answer or other pleadings in response to Movant Curtis Williams' ("Movant") *pro se* motion under 28 U.S.C. § 2255 (Civil ECF No. 1), on or before June 22, 2020. Movant shall have thirty days from the date on which Movant is served with the United States' answer to file a response. Absent further order, the motion shall be considered fully briefed at that time.

      SO ORDERED.

Dated:  New York, New York
           March 24, 2020

                                                    /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                          United States District Judge