UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CURTIS WILLIAMS

                  Movant,

      -against-

THE UNITED STATES OF AMERICA,

                Respondent.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 16, 2020
```

19-CV-11402 (KMW)
16-CR-256 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court has received a letter from Curtis Williams ("Movant"), requesting that the Court appoint new counsel. On January 8, 2020, this Court appointed Ezra Spilke as C.J.A. counsel to assist Movant in preparing an amended petition under 28 U.S.C. § 2255. (ECF No. 7.) On March 18, 2020, Mr. Spilke informed the Court that he did not intend to file an amended petition. (ECF No. 9.) On March 20, 2020, Mr. Spilke filed a declaration, explaining that, after speaking to Movant and reviewing Movant's case, Mr. Spilke determined that no meritorious legal arguments could be made on Movant's behalf. (ECF No. 11.)

      In his letter, Movant states that he expected Mr. Spilke to file an amended brief on his behalf, and asks the Court to appoint new counsel. The undersigned is convinced that Mr. Spilke diligently discharged his duty to Movant. Movant's request for the appointment new counsel is DENIED.

      SO ORDERED.

Dated: New York, New York
      April 16, 2020

                                                        /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                            United States District Judge