UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CURTIS WILLIAMS,

                Movant,

    -against-

THE UNITED STATES OF AMERICA,

                Respondent.
---------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24, 2020
```

19-CV-11402 (KMW)

16-CR-0256 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On March 24, 2020, this Court ordered the Government to respond to Curtis Williams' *pro se* motion under 28 U.S.C. § 2255 (Civil ECF No. 1), on or before June 22, 2020. (Civil ECF No. 12.) The Government has not yet responded. Should the Government fail to respond by June 29, 2020, the Government will be deemed to have waived its right to respond to Defendant's motion.

      SO ORDERED.

Dated: New York, New York
       June 24, 2020                                        /s/ Kimba M. Wood
                                                               KIMBA M. WOOD
                                                     United States District Judge